IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ETOUCHES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SWOOGO, LLC; SWOOGO LIMITED; SWOOGO SOLUTIONS LTD.; LEONORA VALVO; TIMOTHY CUMMINS; AND NEIL KEEFE, <br><br> Defendants. | Case No. 3:16-cv-01989-MPS <br><br> Judge: Michael P. Shea <br><br> **JOINT STATUS REPORT** |

All parties to this action, Plaintiff etouches, Inc., and all Defendants in the action, Swoogo, LLC, Swoogo Limited[1], Swoogo Solutions Ltd., Leonora Valvo, Timothy Cummins, and Neil Keefe[2] (collectively, "the Defendants"), by and through their undersigned counsel, respectfully submit this joint status report pursuant to the Court's Order dated October 20, 2017 (D.E. 65). The Parties jointly state as follows:

1. The Parties filed a Joint Motion to Stay Proceedings Pending Mediation on July 28, 2017 (D.E. 61).

2. The Parties' Motion was granted in part and denied in part and the case was administratively closed to permit the parties to obtain independent analysis of the Parties' source code and related materials and pursue private mediation (D.E. 62).

3. Since that time, the Parties engaged Jeff Parmet of DisputeSoft, a software dispute expert firm specializing in liability issues arising in computer software cases.

---

[1] An application for company "strike off" was filed with Companies House of the United Kingdom on 1/5/17, effectively, beginning the winding-down process of Swoogo Limited.

[2] Defendants Neil Keefe, Swoogo Limited, and Swoogo Solutions Limited's joining of this Joint Status Report and any stipulations included therein, should be considered neither an acknowledgment nor appearance by these Defendants and shall not be prejudicial to these Defendants' Motion to Dismiss pursuant to FRCP 12(b)(1)-(3).

4. Mr. Parmet provided the parties with a report of his findings on December 11, 2017 and the Parties participated in private mediation with Judge Robert L. Holzberg (ret.) on December 19, 2017.

5. As a result of the mediation, the Parties have agreed in principle on the terms of settlement and are presently in the process of preparing settlement papers to resolve the matter.

6. The Parties are close to final resolution of this matter without court intervention and Counsel requires additional time to finalize the papers.

7. Accordingly, the Parties hereby request that the Court maintain the status of the proceedings allowing the Parties additional time to finalize and execute the written settlement agreement.

WHEREFORE, the Parties request that the Court maintain the administrative closure and to require further status update on January 12, 2018, by which date the parties expect the settlement agreement to have been finalized and dismissals entered.

Respectfully Submitted,

| By: | /s/ Matthew C. Wagner | By: | /s/ Timothy D. Miltenberger |
|---|---|---|---|
| | Matthew C. Wagner (ct25926) | | COAN, LEWENDON, GULLIVER & |
| | Scott S. Centrella (ct05809) | | MILTENBERGER, LLC |
| | Jonathan P. Whitcomb (ct15014) | | Tim Miltenberger (ct08874) |
| | Jane C. Christie (ct29636) | | tmiltenberger@coanlewendon.com |
| | Ingrid C. Festin (ct29383) | | 495 Orange Street |
| | DISERIO MARTIN O'CONNOR & | | New Haven, CT |
| | CASTIGLIONI, LLP | | Telephone: (203) 901-1298 |
| | One Atlantic Street | | MAYER BROWN LLP |
| | Stamford, CT 06901 | | Brian W. Nolan (phv08810) |
| | Telephone: (203) 358-0800 | | bnolan@mayerbrown.com |
| | mwagner@dmoc.com | | 1221 Avenue of the Americas |
| | scentrella@dmoc.com | | New York, NY 10020 |
| | jwhitcomb@dmoc.com | | Telephone: (212) 506-2500 |
| | jchristie@dmoc.com | | Facismile: (212) 262-1910 |
| | ifestin@dmoc.com | | *Attorneys for Defendants* |
| | *Attorneys for Plaintiff* | | |

Dated: December 28, 2017