**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| ETOUCHES, INC., | Case No. 3:16-cv-01989-MPS |
| Plaintiff, | Judge: Michael P. Shea |
| v. | |
| SWOOGO, LLC; SWOOGO LIMITED; SWOOGO SOLUTIONS LTD.; LEONORA VALVO; TIMOTHY CUMMINS; AND NEIL KEEFE, | **NOTICE OF JOINT STIPULATION OF DISMISSAL** |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this action, Plaintiff and Counterclaim-Defendant etouches, Inc., and all Defendants and Counterclaim-Plaintiffs, Swoogo, LLC, Swoogo Limited, Swoogo Solutions Ltd., Leonora Valvo, Timothy Cummins, and Neil Keefe, hereby stipulate to a dismissal of the action with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully Submitted,

By:   */s/ Matthew C. Wagner*
    Matthew C. Wagner (ct25926)
    Scott S. Centrella (ct05809)
    Jonathan P. Whitcomb (ct15014)
    Jane C. Christie (ct29636)
    Ingrid C. Festin (ct29383)
    DISERIO MARTIN O'CONNOR & CASTIGLIONI, LLP
    One Atlantic Street
    Stamford, CT 06901
    Telephone: (203) 358-0800
    Facsimile: (203) 348-2321
    mwagner@dmoc.com
    scentrella@dmoc.com
    jwhitcomb@dmoc.com
    jchristie@dmoc.com
    ifestin@dmoc.com
    *Attorneys for Plaintiff*

By:   */s/ Timothy D. Miltenberger*
    COAN, LEWENDON, GULLIVER & MILTENBERGER, LLC
    Tim Miltenberger (ct08874)
    tmiltenberger@coanlewendon.com
    495 Orange Street
    New Haven, CT
    Telephone: (203) 901-1298
    MAYER BROWN LLP
    Brian W. Nolan (phv08810)
    bnolan@mayerbrown.com

    1221 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 506-2500
    Facsimile: (212) 262-1910
    *Attorneys for Defendants*

Dated: January 11, 2018